# In the United States Court of Federal Claims

Case No.: 1:12–cv–00267–MCW

Filed: 4/25/2012

MARGARET BOWLAND HARRIS

v.                                         NOTICE OF ASSIGNMENT TO:
                                                ADR Judge John P. Wiese

UNITED STATES OF AMERICA

    As provided for in General Order No. 44, Notice of ADR Automatic Referral Program and ADR Automatic Referral Procedures, effective June 21, 2007, this case has been assigned to the above Judge for the conduct of proceedings.

    Information about this program, as well as model notices, orders and pleadings is available at the court's website – www.uscfc.uscourts.gov.

_____
Clerk of Court