# ORIGINAL

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARGARET BOWLAND HARRIS,          )
                                  )
                                  )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     No. 12-267 C
                                  )     Judge M. Williams
THE UNITED STATES,                )
                                  )
          Defendant.              )

**FILED**

MAY 1 7 2012

U.S. COURT OF
FEDERAL CLAIMS

### NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____David Levitt_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

David Levitt
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/David Levitt
DAVID LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0309
Facsimile: (202) 514-7969
Email: David.Levitt@usdoj.gov

Dated: May 16 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2012 I caused one copy of the

foregoing Notice Of Appearance to be served by United States Mail, postage prepaid,

upon the plaintiff in this action as follows:

Margaret Bowland Harris
57 Montgomery Place
Brooklyn, New York 11215
Tel:  718-622-4104


_____
David A. Levitt
Counsel for United States